# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jeanette Sterling,

       Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                          3:05-cv-160-H

Baker & Taylor, Inc.

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 6, 2006 Order.

                          **Signed: June 6, 2006**

Frank G. Johns, Clerk
United States District Court